UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
MALAW S.,

                    Plaintiff,

    -against-

COMMISSIONER OF SOCIAL SECURITY,

                  Defendant.
-----------------------------------------------------------X

20 **CIVIL** 6576 (GRJ)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Decision and Order dated March 30, 2022, Plaintiff's Motion for Judgment on the Pleadings is DENIED; the Commissioner's Motion for Judgment on the Pleadings is GRANTED; and this case is DISMISSED; accordingly, the case is closed.

**Dated:** New York, New York

        March 30, 2022

                                                               **RUBY J. KRAJICK**

                                                                 Clerk of Court

                            **BY:**

                                                                 **Deputy Clerk**